IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**AUNDRE T. VAUGHN, a/k/a "Dre,"**
**a/k/a "Bucket Mouth,"**

    **Defendant.**                                         **No. 05-CR-30062-DRH**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

        Before the Court is a motion to continue submitted by Defendant Andre T. Vaughn. (Doc. 16.) The Court, being fully advised in the premises, finds that trial should be postponed since the Parties are conducting plea negotiations. (Doc. 16.) Also, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's motion to continue. (Doc. 16.) The Court **CONTINUES** the jury trial scheduled for Tuesday, September 6, 2005 at 9:00 a.m. to Monday, October 17, 2005, at 9:00 a.m. The time from the date Defendant's motion was filed, August 29, 2005, until the date on which the trial is rescheduled, October 17, 2005, is

excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 30th day of August, 2005.         /s/    David RHerndon
                                        **United States District Judge**